# EXHIBIT A

Maryellen O'Shaughnessy
Franklin County Clerk of Courts

Case Information Online

Home     Court Schedule

Last Name:    First Name:    Middle Init:    Court: All    Case: 20 CV 000190    Search

Advanced Search     Email Updates

# CIVIL CASE DETAIL

Previous Case            Next Case

| CASE NUMBER | TYPE of CASE | STATUS | DATE FILED |
|---|---|---|---|
| 20 CV 000190 | CONSUMER SALES PRACTICE | ACTIVE | 01/08/2020 |

| JUDGE | COURTROOM |
|---|---|
| KIMBERLY COCROFT | COURTROOM 4E<br>345 SOUTH HIGH STREET<br>4TH FLOOR<br>COLUMBUS, OH 43215 |

## PLAINTIFF(S)

| Name | Attorney |
|---|---|
| HERR LLC<br>355 HALL STREET<br>BRIDGEPORT, OH 43912 | ROBERT H MILLER<br>ROBERT HUFF MILLER LLC<br>100 EAST BROAD STREET<br>16TH FLOOR<br>COLUMBUS, OH 43215<br>(614) 384-5794 |
| KELLY DLESK | ROBERT H MILLER |

## DEFENDANT(S)

| Name | Attorney |
|---|---|
| AMERICAN EXPRESS COMPANY | NO ATTORNEY ON RECORD |
| MRS ASSOCIATES INC | NO ATTORNEY ON RECORD |
| TRUIST BANK | NO ATTORNEY ON RECORD |
| CLIENT SERVICES INCORPORATED<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES, MO 63301 | NO ATTORNEY ON RECORD |
| HF HOLDINGS INC | NO ATTORNEY ON RECORD |
| JPMORGAN CHASE BANK NA | VINCENT I HOLZHALL |
| FIRSTSOURCE ADVANTAGE LLC<br>205 BRYANT WOODS SOUTH<br>AMHERST, NY 14228 | NO ATTORNEY ON RECORD |
| PHILIPS AND COEN ASSOCIATES LTD<br>1002 JUSTISON STREET<br>WILMINGTON, DE 19801 | NO ATTORNEY ON RECORD |
| BARCLAYS BANK PLC<br>C/O CT CORPORATION SYSTEM<br>4400 EASTON COMMONS WAY<br>SUITE 125<br>COLUMBUS, OH 43219 | NO ATTORNEY ON RECORD |

## CASE SCHEDULE

| Date | Description |
|---|---|
| 01/08/20 | CASE FILED |
| ******** | INITIAL STATUS CONFERENCE |
| 05/27/20 | INITIAL JOINT DISCLOSURE OF ALL WITNESSES |
| 07/22/20 | SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES |
| 10/14/20 | DISPOSITIVE MOTIONS |
| 10/28/20 | DISCOVERY CUT-OFF |
| 12/09/20 | DECISIONS ON MOTIONS |
| 12/23/20 | FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) |
| 01/06/21 | TRIAL ASSIGNMENT |

## DOCKET

Show All Descriptions ☐    Select Docket Category: All

| Date | Description | Image | Fiche | Frame | Pages |
|---|---|---|---|---|---|
| 02/03/20 | APPEARANCE FILED | 📄 | 0F025 | S68 | 2 |
| 02/03/20 | APPEARANCE FILED | 📄 | 0F025 | S68 | 2 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V80 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V79 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V78 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V77 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V76 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V75 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V74 | 1 |
| 01/21/20 | SERVICE COMPLETE - CERTIFIED MAIL | 📄 | E3147 | V73 | 1 |
| 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C02 | 1 |
| 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C01 | 1 |
| 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | B99 | 1 |
| 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | B98 | 1 |
| 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | B97 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D31 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D30 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D29 | 1 |

| Date | Event | | Code1 | Code2 | Qty |
|---|---|---|---|---|---|
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D28 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D27 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D26 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D25 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D24 | 1 |
| 01/10/20 | SUMMONS ISSUED | 📄 | E3144 | D23 | 1 |
| ➕ 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C07 | 1 |
| ➕ 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C06 | 1 |
| ➕ 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C05 | 1 |
| ➕ 01/10/20 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 📄 | E3144 | C04 | 1 |
| ➕ 01/09/20 | APPLIED - LEGAL AID | | | 00 | |
| ➕ 01/09/20 | APPLIED - E-FILING CHARGE | | | 00 | |
| ➕ 01/09/20 | APPLIED - COMPUTERIZED RESEARCH LEGAL FEES | | | 00 | |
| ➕ 01/09/20 | APPLIED - CLERK | | | 00 | |
| ➕ 01/09/20 | APPLIED - DAILY REPORTER | | | 00 | |
| ➕ 01/09/20 | APPLIED - COURT COMPUTERIZATION | | | 00 | |
| ➕ 01/09/20 | APPLIED - SPECIALTY DOCKET FUND | | | 00 | |
| ➕ 01/09/20 | APPLIED - DEPOSIT FOR COSTS | | | 00 | |
| ➕ 01/09/20 | SECURITY DEPOSIT RECEIVED | | | 00 | |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| ➕ 01/08/20 | REQUEST FOR SERVICE - CERTIFIED MAIL | 📄 | 0E994 | B61 | 2 |
| 01/08/20 | COMPLAINT FILED | 📄 | 0E994 | B54 | 7 |
| ➕ 01/08/20 | APPEARANCE FILED | | | | |
| ➕ 01/08/20 | APPEARANCE FILED | | | | |
| 01/08/20 | JURY DEMAND - PLAINTIFF | 📄 | 0E994 | B54 | 7 |
| 01/08/20 | CLERKS ORIGINAL CASE SCHEDULE FILED | 📄 | 0E994 | B63 | 1 |
| ➕ 01/08/20 | JUDGE ASSIGNED - ORIGINAL | | | | |
| ➕ 01/08/20 | HEARING/EVENT SCHEDULED | | | | |
| ➕ 01/08/20 | HEARING/EVENT SCHEDULED | | | | |

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

HERR LLC
355 HALL STREET
BRIDGEPORT, OH 43912,

        PLAINTIFF,
      VS.
AMERICAN EXPRESS COMPANY
C/O C T CORP
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219,
        DEFENDANT.

20CV-01-190

**CASE NUMBER**

**** SUMMONS ****　　　　01/08/20

TO THE FOLLOWING NAMED DEFENDANT:
    MRS ASSOCIATES INC
    701 BROOKSEDGE PLAZA DR
    WESTERVILLE, OH 43081

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:   HERR LLC
      355 HALL STREET
      BRIDGEPORT, OH 43912,

                                                                     PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    ROBERT H. MILLER
    ROBERT HUFF MILLER LLC
    100 EAST BROAD STREET
    16TH FLOOR
    COLUMBUS, OH 43215

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  BROOKE ELLIOTT, DEPUTY CLERK

                                                                                   (CIV370-S03)

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

JUDGE K. COCROFT

HERR LLC
ET. AL.,
    PLAINTIFF,

VS.

20CV-01-190
CASE NUMBER

AMERICAN EXPRESS COMPANY
ET. AL.,
    DEFENDANT.

### CLERK'S ORIGINAL CASE SCHEDULE

| | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 01/08/20 |
| INITIAL STATUS CONFERENCE | ******** |
| INITIAL JOINT DISCLOSURE OF ALL WITNESSES | 05/27/20 |
| SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES | 07/22/20 |
| DISPOSITIVE MOTIONS | 10/14/20 |
| DISCOVERY CUT-OFF | 10/28/20 |
| DECISIONS ON MOTIONS | 12/09/20 |
| FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) | 12/23/20 0930AM |
| TRIAL ASSIGNMENT | 01/06/21 0900AM |

### NOTICE TO ALL PARTIES

ALL ATTORNEYS AND PARTIES SHOULD MAKE THEMSELVES FAMILIAR WITH THE COURT'S LOCAL RULES, INCLUDING THOSE REFERRED TO IN THIS CASE SCHEDULE. IN ORDER TO COMPLY WITH THE CLERK'S CASE SCHEDULE, IT WILL BE NECESSARY FOR ATTORNEYS AND PARTIES TO PURSUE THEIR CASES VIGOROUSLY FROM THE DAY THE CASES ARE FILED. DISCOVERY MUST BE UNDERTAKEN PROMPTLY IN ORDER TO COMPLY WITH THE DATES LISTED IN THE RIGHT-HAND COLUMN.

BY ORDER OF THE COURT OF COMMON PLEAS,
FRANKLIN COUNTY, OHIO

__/__/__
DATE

_____
MARYELLEN O'SHAUGHNESSY, CLERK

(CIV363-S10)

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jan 08 5:03 PM-20CV000190
0E994 - B61
Case: 2:20-cv-00776-GCS-EPD Doc #: 1-1 Filed: 02/10/20 Page: 6 of 13 PAGEID #: 10

MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: HERR LLC ET AL -VS- AMERICAN EXPRESS COMPANY ET AL   CASE NUMBER: 20CV000190

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
MRS ASSOCIATES INC
701 BROOKSEDGE PLAZA DR
WESTERVILLE, OH 43081

TRUIST BANK
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

CLIENT SERVICES INCORPORATED
3451 HARRY S TRUMAN BLVD
SAINT CHARLES, MO 63301

HF HOLDINGS INC
1707 ORLANDO CENTRAL PKWY
STE 440
ORLANDO, FL 32809

JPMORGAN CHASE BANK NA
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| HERR LLC<br>355 Hall Street<br>Bridgeport, OH 43912 | : <br> : <br> : | Case No.<br><br>Judge |
| and | : | |
| KELLY DLESK<br>15 Stonegate Drive<br>Wheeling, WV 26003 | : <br> : <br> : | |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN EXPRESS COMPANY<br>c/o C T Corp<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | : <br> : <br> : <br> : | |
| and | : | |
| FIRSTSOURCE ADVANTAGE, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 | : <br> : <br> : | |
| and | : | |
| JPMORGAN CHASE BANK, N.A.<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, OH 43219 | : <br> : <br> : <br> : | |
| and | : | |
| HF HOLDINGS, INC.<br>1707 Orlando Central Pkwy<br>Ste. 440, Orlando, FL 32809 | : <br> : <br> : | |
| and | : | |
| CLIENT SERVICES INCORPORATED<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-4047 | : <br> : <br> : | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2023 Jan 18 3:03 PM-23CV000490
0E994 - B55
Case: 2:23-cv-00776-ICB-EPD Doc #: 1-1 Filed: 02/18/23 Page: 8 of 13 PAGEID #: 12

|   |   |
|---|---|
| and | : |
|   | : |
| TRUIST BANK | : |
| c/o CT Corporation System | : |
| 4400 Easton Commons Way, Suite 125 | : |
| Columbus, OH 43219 | : |
|   | : |
| and | : |
|   | : |
| MRS ASSOCIATES INC | : |
| 701 Brooksedge Plaza Drive | : |
| Westerville Ohio 43081 | : |
|   | : |
| and | : |
|   | : |
| BARCLAYS BANK PLC | : |
| c/o CT Corporation System | : |
| 4400 Easton Commons Way, Suite 125 | : |
| Columbus, OH 43219 | : |
|   | : |
| and | : |
|   | : |
| PHILIPS AND COEN ASSOCIATES LTD. | : |
| 1002 Justison Street | : |
| Wilmington, DE 19801 | : |
|   | : |
| Defendants. | : |

## COMPLAINT
## WITH JURY DEMAND

Now come Plaintiffs, Herr LLC and Kelly Dlesk, by and through counsel, and for their Complaint against Defendants AMERICAN EXPRESS COMPANY, JPMORGAN CHASE BANK, N.A., TRUIST BANK (fka BB&T), and BARCLAYS BANK PLC (collectively, "Bank Defendants") and FIRSTSOURCE ADVANTAGE, LLC, HF HOLDINGS, INC., CLIENT SERVICES INCORPORATED, MRS ASSOCIATES INC, and PHILIPS AND COEN ASSOCIATES LTD. (collectively, "Collection Agency Defendants"), state and allege upon personal knowledge as to themselves and their own acts and upon information and belief as to all other matters as follows:

2

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 08 5:03 PM-20CV004901
0E994 - B56
Case: 2:20-cv-05075-EAS-EPD Doc #: 1-1 Filed: 09/29/20 Page: 9 of 13 PAGEID #: 13

## PRELIMINARY STATEMENT

1. Plaintiffs bring this action for economic damages, non-economic damages, punitive damages, attorney's fees, and the costs of this action against Defendants under the common law and the Ohio Consumer Sales Practices Act ("CSPA"). Bank Defendants offered and opened credit accounts for Plaintiffs. Eventually, Plaintiffs fell on hard times. Plaintiffs notified all of the Defendants of this hardship and attempted in good faith to implement a plan to make payments. However, Bank Defendants ignored these plans, refused to work in good faith, and proceeded to retain Collection Agency Defendants to attempt to collect on amounts they alleged were due from Plaintiffs. Defendants – even after being notified by the Plaintiffs' counsel – persisted in using unlawful tactics to apply pressure in attempts to collect these alleged debts in violation of applicable law and contracts.

2. Plaintiff Herr LLC is an Ohio limited liability company with its principal place of business located in Ohio and many of the acts complained of herein occurred in or were directed at Ohio.

3. Plaintiffs utilized certain accounts with the Bank Defendants primarily for personal, family or household purposes.

4. Collection Agency Defendants are "suppliers" as defined by R.C. 1345.01(C) and are "debt collectors" under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA").

5. Bank Defendants acted in concert with Collection Agency Defendants to violate the CSPA and the FDCPA.

6. Each Defendant violated 15 U.S.C. § 1692e, which generally forbids the use of "any false, deceptive, or misleading representation or means in connection with

3

the collection of any debt" and 15 U.S.C. § 1692f, which prohibits the use of any "unfair or unconscionable means to collect or attempt to collect any debt."

7. Defendants' wrongdoing includes, without limitation, harassing phone calls to Mrs. Dlesk, including at her place of business, and phone calls and correspondence to Mrs. Dlesk when her counsel expressly directed all correspondence to be directed through his firm, attempts to collect amounts not expressly authorized by the original debt instrument, attempts to collect amounts not due, and other deceptive, unfair, and misleading acts and practices.

8. Defendants possess a superior economic position and level of sophistication, and utilized the same to take unfair advantage of Plaintiffs in a time of need.

9. As a result of Defendants' actions, Plaintiffs have each been caused significant harm, economic damages, and noneconomic damages in excess of $25,000 but less than $75,000.

**COUNT I - OHIO CONSUMER SALES PRACTICES ACT**

10. Plaintiffs incorporate each of the preceding paragraphs as if fully rewritten herein.

11. Each Plaintiff is a "consumer" as that term is defined by R.C. §1345.01(D).

12. The knowing acts and practices of each Defendant (including Bank Defendants acting in concert with Collection Agency Defendants) complained of by Plaintiffs herein constitute unfair, deceptive and/or unconscionable sales practices under the CSPA in violation of R.C. §1345.02 and/or §1345.03, and/or interpretive rules promulgated by the Ohio Attorney General, and/or court decisions defining acts and

4

Case: 2:20-cv-00776-GCS-EPD Doc #: 1-1 Filed: 02/13/20 Page: 15 of 31 PAGEID #: 15
Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Jan 15 3:31 PM-20CV000190
0E994 - B58

practices prohibited by the CSPA filed with the Ohio Attorney General's office prior to the events in question.

13. Plaintiffs have been damaged by these actions.

14. Defendants are liable to Plaintiffs for their losses.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants in an amount to be determined at trial, plus court costs, attorneys' fees, and such other legal and equitable relief as the Court may deem just and proper, for each and every violation that may be proven at trial.

### COUNT II - BREACH OF CONTRACT

15. Plaintiffs incorporate each of the preceding paragraphs as if fully rewritten herein.

16. Plaintiffs and each of the Bank Defendants entered into contracts, which contracts are in the possession of Bank Defendants and Plaintiffs do not have copies in their possession at this time.

17. Each of the Bank Defendants breached its contract with Plaintiffs by, *inter alia*, attempting to collect amounts not expressly due and otherwise engaging in bad faith behavior under the contracts.

18. Each of the Bank Defendants also breached its duty of good faith and fair dealing under each of the contracts.

19. Plaintiffs performed under each of the contracts.

20. Plaintiffs have been damaged by each of the Bank Defendants breach of its contract with Plaintiffs.

21. Each of the Bank Defendants are liable to Plaintiffs for their losses.

WHEREFORE, Plaintiffs pray for judgment in their favor and against each of the

5

Bank Defendants in an amount to be determined at trial, plus court costs, attorneys' fees, and such other legal and equitable relief as the Court may deem just and proper, for each of the Bank Defendants breach of its contract with Plaintiffs.

### COUNT III - FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiffs incorporate each of the preceding paragraphs as if fully rewritten herein.

23. The knowing acts and practices of Defendants (including Bank Defendants acting in concert with Collection Agency Defendants) complained of by Plaintiffs herein constitute violations of the FDCPA.

24. Plaintiffs have been damaged by these actions.

25. Defendants are liable to Plaintiffs for their losses.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants in an amount to be determined at trial, plus court costs, attorneys' fees, and such other legal and equitable relief as the Court may deem just and proper, for each and every violation that may be proven at trial.

### COUNT IV - NEGLIGENCE

26. Plaintiffs incorporate each of the preceding paragraphs as if fully rewritten herein.

27. Each of the Bank Defendants owes a duty of care to Plaintiffs, its customers.

28. Each of the Bank Defendants breached the duty of care by, *inter alia*, failing to properly supervise and train their employees and contractors (including Collection Agency Defendants), failing to treat Plaintiffs, their customers, in accordance with applicable law, and failing to maintain and keep proper and accurate records, and

6

failing to follow Plaintiffs' directions in connection with communications concerning the accounts.

29. Plaintiffs have been damaged by these breaches.

30. Each of the Bank Defendants is liable to Plaintiffs for their losses.

WHEREFORE, Plaintiffs pray for judgment in their favor and against Bank Defendants in an amount to be determined at trial, plus court costs, attorneys' fees, and such other legal and equitable relief as the Court may deem just and proper, for Defendants' negligence.

## JURY DEMAND

Plaintiffs request a trial by jury on all claims so triable.

Respectfully submitted,

**/s/ Robert Huff Miller**
Robert Huff Miller (0076939)
ROBERT HUFF MILLER LLC
100 East Broad Street, 16th Floor
Columbus, OH 43215
Telephone: 614.384.5794
Facsimile: 614.441.9280
Email: rob@roberthuffmiller.com
*Counsel for Plaintiffs*

7